## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.**          ) | Case No.: **03cv12291-RWZ** |
|                    ) | |
|     Plaintiff,     ) | |
|                    ) | **NOTICE OF VOLUNTARY DISMISSAL** |
|     vs.             ) | **WITHOUT PREJUDICE** |
|                    ) | |
| **William Anger**      ) | |
|                    ) | |
|     Defendant      ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

8/9/04

Date

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

## CERTIFICATE OF SERVICE

     I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this _____ day of _____, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Kenneth D. Quat
9 Damonmill Square
Suite 4A-4
Concord, MA  01742

_____
John M. McLaughlin, Esq.